Argued November 29, reversed and remanded December 11, 1978,
petition for review allowed May 22, 1979, 286 Or 449

DAY, *Respondent,*
*v.*
STATE ACCIDENT INSURANCE FUND,
*Petitioner.*
(WCB No. 77-3978, CA 11163)
587 P2d 119

Quinton B. Estell, Associate Counsel, State Accident Insurance Fund, Salem, argued the cause for petitioner. With him on the brief were K. R. Maloney, Chief Counsel, and James A. Blevins, Chief Trial Counsel, State Accident Insurance Fund, Salem.

John J. Haugh, Portland, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Johnson, Gillette, and Roberts, Judges.

PER CURIAM.

## PER CURIAM.

Claimant sustained a back injury on November 20, 1976, when he slipped and fell while getting off a crawler tractor. The determination order closed the claim awarding time loss to the date of closure. The referee and the Workers' Compensation Board awarded permanent total disability. We reverse, reinstating the determination order. The weight of the evidence in this case indicates that claimant was permanently and totally disabled prior to the November 20, 1976 injury. *See Hoag v. Duraflake,* 37 Or App 103, 585 P2d 1149 (1978).

Reversed and remanded.